| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| ARTIS TAWARN SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:13-CV-699 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report (#16) ("Report") recommending that the Court affirm the Commissioner's decision denying plaintiff's application for social security benefits. The *pro se* plaintiff filed objections to the magistrate judge's report. The Court accordingly conducted a *de novo* review of the report, the objections, the record, and the applicable law. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b). After consideration, the Court concludes that the magistrate judge's recommendation should be adopted.

The plaintiff's objections take issue with some of the evidence included in the record provided by the Social Security Administration. He specifically argues that the Court should remove some of his medical records and statements from the record. Plaintiff does not argue that the magistrate judge erred in any of his findings or legal conclusions. His objections do not specifically address Judge Giblin's substantive conclusions or his recommendation. The Court therefore finds the plaintiff's objections to be without merit. The magistrate judge's report

contains legal and factual support for his conclusions regarding the ALJ's consideration of the medical evidence and the evidence as a whole.

The Court therefore ORDERS that the plaintiff's objections (#17) are OVERRULED. The Court finds that the magistrate judge's findings of fact and conclusions of law are correct. The Report (#16) is ADOPTED and the Commissioner's decision is AFFIRMED. The Court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 17th day of August, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE